UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-7303-DMG (MANx) | Date | January 3, 2011 |
| Title | *Carol Garcia v. Bank of America, N.A., et al.* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS -- ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 23, 2010, this Court granted Defendants' motion to dismiss with leave to amend, allowing Plaintiff 15 days leave to file a first amended complaint.  As of the date of this Order, Plaintiff has not filed a first amended complaint and has not sought an extension of time therefor.  Accordingly, Plaintiff is ORDERED to show cause in writing no later than January 14, 2011 why this action should not be dismissed for lack of prosecution.  Plaintiff is advised that her failure to file a timely response to this order shall be deemed her consent to a dismissal of this action without prejudice.

IT IS SO ORDERED.