UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-7303-DMG (MANx) | Date | February 15, 2011 |
|---|---|---|---|
| Title | *Carol Garcia v. Bank of America, N.A., et al.* | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Valencia Vallery | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] -- ORDER DISCHARGING OSC RE LACK OF PROSECUTION AND GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

On November 23, 2010, this Court granted Defendants' motion to dismiss with leave to amend, allowing Plaintiff 15 days leave to file a first amended complaint. Because Plaintiff failed to file a first amended complaint, on January 3, 2011, this Court ordered Plaintiff to show cause in writing by January 14, 2011 why this action should not be dismissed for lack of prosecution ("OSC"). [Doc. # 13.] On February 3, 2011 and again on February 8, 2011, Plaintiff filed a response to the OSC explaining counsel's calendar error and asserting that a first amended complaint was filed on January 26, 2011. [Doc. ## 14, 16.] Plaintiff's counsel is advised that a first amended complaint has not been filed.

It is ordered that the OSC is hereby DISCHARGED and Plaintiff is GRANTED leave to file a first amended complaint no later than February 25, 2011.

IT IS SO ORDERED.